**Electronically Filed
Supreme Court
SCWC-21-0000284
27-JUN-2023
12:00 PM
Dkt. 11 ODAC**

SCWC-21-0000284

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———————————————————————————————————

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

CASIE K. COCHRAN,
Petitioner/Defendant-Appellant.

———————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000284; CASE NO. 1DCC-20-0002082)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
Circuit Judge Morikawa and Circuit Judge Cataldo,
assigned by reason of vacancies)

Petitioner/Defendant-Appellant Casie K. Cochran's

Application for Writ of Certiorari, deemed timely filed on May 22,

2023, is hereby rejected.

DATED: Honolulu, Hawai'i, June 27, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Trish K. Morikawa

/s/ Lisa W. Cataldo

